UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SETH RYAN MOSE,

Defendant.

Case: 19-CR-20014
Judge Thomas L. Ludington

*FILED FEB 27 2019 U.S. DISTRICT COURT BAY CITY, MICHIGAN*

---

## FIRST SUPRESEDING INDICTMENT

---

**THE GRAND JURY CHARGES**:

## COUNT ONE
### (18 U.S.C. §§ 2252A(a)(2) and (b)(1))
### (Distribution and Receipt of Child Pornography)

Between on or about February 2, 2018, and on or about June 12, 2018, in the

Eastern District of Michigan, Northern Division, the defendant SETH RYAN MOSE

knowingly distributed and received child pornography and material that contained

child pornography, as defined in Title 18, United States Code Section 2256, that had

been mailed, or shipped or transported using any means and facility of interstate or

foreign commerce or in and affecting interstate or foreign commerce by any means,

including by computer, in violation of Title 18 United States Code, Sections

2252A(a)(2) and (b)(1).

1

## COUNT TWO
### (18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))
### (Possession of Child Pornography Involving a Prepubescent Minor or a Minor Who Had Not Attained 12 Years of Age)

Between on or about November 23, 2017, and on or about August 10, 2018, in the Eastern District of Michigan, Northern Division, the defendant SETH RYAN MOSE knowingly possessed material that contained images of child pornography, as defined in Title 18, United States Code Section 2256, which involved a prepubescent minor or a minor who had not attained 12 years of age, and which had been mailed, or shipped or transported using any means or facility of interstate or foreign commerce, or in and affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18 United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT THREE
### (18 U.S.C. §§ 2422(b) and 2)
### (Coercion and Enticement of a Minor)

In or about September 2014, the exact date or dates being unknown to the Grand Jury, in the Eastern District of Michigan, the defendant SETH RYAN MOSE used any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce, and to knowingly attempt to persuade, induce, entice and coerce, any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, that is, Rape, in

2

violation of Ohio Revised Code § 2907.02(A)(1)(b), in violation of Title 18, United States Code Sections 2422(b) and 2.

## FORFEITURE ALLEGATIONS
### (Criminal Forfeiture - 18 U.S.C. § 2253(a), 18 U.S.C. § 2428(a))

The allegations contained in Counts One through Three of this First Superseding Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253(a) (for Counts One and Two) and Title 18, United States Code, Section 2428(a)-(b) (for Count Three) .

As a result of the foregoing Count One violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1), and/or Count Two violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), the defendant shall forfeit:

(a) any visual depiction described in section 2251, 2251A, or 2252   2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

(b) any property, real or personal, constituting or traceable to gross profits or other  proceeds obtained from such offense; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

As a result of the Count Three violation of Title 18, United States Code, Sections 2422(b) and 2, the defendant shall forfeit:

(a) Any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and

(b) Any property, real or personal, that constitutes or is derived from proceeds traceable to the offense.

Specific property subject to forfeiture to the United States includes, but is not limited to, the following:

(a) one (1) Apple iPhone, Model A1661, Serial # FCJ30BAHFXW;

(b) one (1) Toshiba laptop, Serial # 6E312867P, with a 750 GB hard drive; and

(c) one (1) Western digital 320 GB hard drive, Model WD3200BEK, Serial # WX90A99N9123.

**Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been

substantially diminished in value; or has been commingled with other property

which cannot be divided without difficulty.

**THIS IS A TRUE BILL.**

Dated:    February 27, 2019

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

s/Anca I. Pop_____                              s/Anthony P. Vance_____
ANCA I. POP (P70032)                       ANTHONY P. VANCE (P61148)
Assistant United States Attorney        Assistant United States Attorney
101 First Street, Suite 200                  Chief, Branch Offices
Bay City, MI 48708
Telephone number: (989) 895-5712
email: anca.pop@usdoj.gov

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
| --- | --- | --- |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | | Companion Case Number: | |
| --- | --- | --- | --- |
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | | Judge Assigned:   Thomas L. Ludington | |
| ☐ **Yes** | ☐ **No** | AUSA's Initials:   AIP | |

**Case Title:** USA v.   SETH RYAN MOSE

**County where offense occurred:**   Gladwin

FILED
FEB 27 2019
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

**Check One:**   X **Felony**      ☐ **Misdemeanor**      ☐ **Petty**

_____ Indictment/_____ Information --- **no** prior complaint.
_____ Indictment/_____ Information --- based upon prior complaint [Case number:]
___X___ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____**19-CR-20014**_____   **Judge: Thomas Ludington** _____

X      Corrects errors; no additional charges or defendants.
☐      Involves, for plea purposes, different charges or adds counts.
☐      Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| --- | --- | --- |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: February 27, 2019

Anca I. Pop
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: anca.pop@usdoj.gov
Attorney Bar #:   P-70032

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.