```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF MICHIGAN

 3  UNITED STATES OF AMERICA,        )
                                     ) Case No. 19-20014
 4      vs.                          )
                                     ) Bay City, Michigan
 5  SETH RYAN MOSE,                  )
                                     ) March  7, 2019
 6      Defendant.                   )
    _____) 10:54 a.m.
 7

 8                    TRANSCRIPT OF ARRAIGNMENT
              BEFORE THE HONORABLE PATRICIA T. MORRIS
 9                UNITED STATES MAGISTRATE JUDGE

10  APPEARANCES:

11  For the Government:   ANCA I. POP
                          United States Attorney
12                        Eastern District of Michigan
                          101 First Street
13                        Suite 200
                          Bay City, MI 48708
14
    For the Defendant:    JOHN E. MELTON
15                        Melton Law Firm
                          3078 Main Street
16                        Marlette, MI  48453
                          (989) 882-1182
17

18

19

20  Recorded by:      Kristen Castaneda

21  Transcribed by:   Carol M. Harrison, RMR, FCRR
                      1000 Washington Avenue
22                    Bay City, MI  48708

23

24        TRANSCRIPT PRODUCED FROM DIGITAL VOICE RECORDING
            TRANSCRIBER NOT PRESENT AT LIVE PROCEEDINGS
25
```

```
 1                      P R O C E E D I N G S
 2              (At 10:54 a.m., proceedings commenced.)
 3              (Defendant present.)
 4              THE COURT:  Good morning.  The Court calls the case
 5   of the United States versus Seth Mose, Case No. 19-20014.
 6   Could I have the attorney appearances, please.
 7              MS. POP:  Good morning, Your Honor.  Anca Pop on
 8   behalf of the United States.
 9              THE COURT:  Thank you, Ms. Pop.
10              MR. MELTON:  John Melton for Mr. Mose.
11              THE COURT:  Thank you, Mr. Melton, and I note your
12   client is here with you today as well, right?
13              It's my understanding that the first superceding
14   indictment hasn't changed the atmosphere much.  Ms. Pop, is it
15   accurate to say that the only thing that changed was forfeiture
16   allegations?
17              MS. POP:  Yes.  We added language to the forfeiture
18   allegation and corrected a minor error in one of the captions
19   of the accounts.
20              THE COURT:  Oh, okay. All right. Very good. Thank
21   you.
22              So, Mr. Mose, I know you've been here before, but you
23   have been charged now in a first superceding indictment, and as
24   Ms. Pop indicated, there are minor changes made, but the main
25   addition was forfeiture allegations, which means that the
```

1  Government intends to take any property that you used in the
2  commission of the crimes listed in Counts One through Three
3  should you be found guilty of those offenses.  Do you
4  understand that, sir?
5          THE DEFENDANT:  Yes, I do.
6          THE COURT:  Okay.  Very good.  And we'll just go over
7  again the count -- Count One is a distribution and receipt of
8  child pornography between February 2nd and June 12th, 2018.
9          Count Two is possession of child pornography
10 involving a prepubescent minor who had not yet attained 12
11 years of age between November 23rd, 2017 and on or about August
12 10th, 2018.
13         And Count Three is coercion and enticement of a minor
14 in or about September of 2014.  All of those occurring here in
15 the Northern Division of the Eastern District of Michigan.
16         Do you understand the basic charges against you in
17 this first superceding indictment?
18         THE DEFENDANT:  Yes.
19         THE COURT:  The maximum penalties for Count One are 5
20 to 20 years imprisonment, 5 years to life supervised release
21 and a fine of up to $250,000.
22         Count Two carries with it maximum penalties of up to
23 20 years imprisonment, 5 years to life supervised release, and
24 a fine of up to $250,000.
25         And Count Three carries with it a maximum penalty of

```
 1  10 years to life imprisonment, 5 years to life supervised
 2  release and a fine of up to $250,000.
 3          Do you also understand, Mr. Mose, the maximum
 4  penalties for the three counts in the indictment?
 5          THE DEFENDANT:  Yes, I do.
 6          THE COURT:  Okay.  Very good.  With that then,
 7  Mr. Melton, would you care to waive a more detailed reading and
 8  offer a plea on behalf of your client.
 9          MR. MELTON:  Yes, we'll waive more detailed reading
10  and enter a no -- not guilty.
11          THE COURT:  Okay.  Very good.  Not guilty pleas,
12  then, will be entered as to Counts One, Two and Three which are
13  the sole counts of this first superceding indictment.  I think
14  we've addressed other issues in previous hearings so, with
15  that, Ms. Pop, is there anything further for this record?
16          MS. POP:  No, Your Honor.
17          THE COURT:  Mr. Melton?
18          MR. MELTON:  Well, Your Honor, I've just been just
19  recently on the case, and I just was given some additional
20  discovery.  I did receive some discovery from Mr. Dunn.  I just
21  received additional discovery.  I think there's some deadlines
22  coming up.  I would respectfully request the deadlines be
23  extended, any deadlines that are out there.
24          THE COURT:  What sort of deadlines are you referring
25  to, sir?
```

```
 1            MR. MELTON:  Well, I think there's --
 2            THE COURT:  I mean, because we do have, of course,
 3  speedy trial issues to worry about.
 4            MR. MELTON:  I understand that, Judge, but I think
 5  there was a deadline -- a motion deadline that may have
 6  already -- might have already passed.  I just respectfully
 7  request if you could extend the dates 30 days.
 8            THE COURT:  I think that's probably something that
 9  you should be taking up with Judge Ludington's chambers --
10            MR. MELTON:  Okay.  Yeah.
11            THE COURT:  -- and so, you know, it wouldn't hurt to
12  file a motion in that regard, and I think then they would --
13  they would handle that for you, so -- all right.  Thank you,
14  sir.  Court will be in recess, then, until the next case.
15            (At 10:58 a.m., court recessed.)
16                         * * * * *
17                     C E R T I F I C A T E
18     I certify that the foregoing is a correct transcript
       from the digital sound recording of the proceedings in
19     the above-entitled matter.
20

21                            _____
22     Date: 5-17-2020        Carol M. Harrison, RMR, FCRR
                              Official Court Reporter
23                            United States District Court
                              Eastern District of Michigan
24                            1000 Washington Avenue
                              Bay City, MI  48708
25
```